In the United States District Court
For the District of Puerto Rico

| | |
|---|---|
| The United States of America, Plaintiff<br><br>v.<br><br>Christopher E. Soto González, Defendant. | Criminal No.: 16-798 (CCC/MEL) |

Motion to Vacate Suppression Hearing

COMES NOW the defendant, Christopher Soto-González (hereinafter "Mr. Soto-González"), represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and very respectfully states, alleges and prays as follows:

1. A suppression hearing for the present case is set for next Monday, June 12th, 2017 before Honorable Magistrate Judge Marcos E. López.
2. However, the government and Mr. Soto-González have recently reached a plea agreement. A change of plea motion will be filed today.
3. For the information stated above, Mr. Soto-González respectfully requests this Honorable Court to vacate the suppression hearing and set a date for a change of plea hearing to be held.

WHEREFORE, Mr. Soto-González respectfully requests that this Honorable Court GRANT the present motion and VACATE the suppression hearing set for June 12th, 2017.

I HEREBY CERTIFY that on this date I electronically filed the present motion with the Clerk of the Court using the CM/ECF system which will send electronic notification of said filing to all parties of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 9th day of June, 2017.

Eric Alexander Vos
Federal Public Defender

S/*Edwin A. Mora Rolland*
Edwin A. Mora Rolland
Assistant Federal Public Defender
USDC-PR 304603
241 F.D. Roosevelt Avenue
San Juan, Puerto Rico 00918-2441
(787) 281-4922 Ext. 262
Fax (787) 281-4899
Edwin_Mora@fd.org